1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ELISE LAPUNZINA (NYBN 2540730)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6878
7      FAX: (415) 436-7234
       Elise.LaPunzina@usdoj.gov
8
   Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 18-0061 WHO |
| Plaintiff, | ORDER EXCLUDING TIME FROM DECEMBER 20, 2018 TO FEBRUARY 7, 2019 |
| v. | |
| ROSS GORDON LAVERTY, | |
| Defendant. | |

The defendant, ROSS GORDON LAVERTY, represented by Erik Babcock, Esquire, and the government, represented by Elise LaPunzina, Assistant United States Attorney, appeared before the Court on December 20, 2018, for a status hearing. Defense counsel represented that additional time was needed in order for him to review the case with his client in light of his recent appointment. The parties requested a continuance of the matter.

The matter was continued to February 7, 2019, at 1:30 p.m. for a status hearing. Counsel for both parties agreed that time be excluded under the Speedy Trial Act between December 20, 2018, and February 7, 2019, for the reason set forth above.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between December 20, 2018, and February 7, 2019, would unreasonably deny

1 counsel the reasonable time necessary for effective preparation, taking into account the exercise of due
2 diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by
3 excluding the time between December 20, 2018, and February 7, 2019, from computation under the
4 Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore,
5 IT IS HEREBY ORDERED that the time between December 20, 2018, and February 7, 2019, shall be
6 excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: December 21, 2018

WILLLIAM H. ORRICK
United States District Judge

ORDER EXLUDING TIME
Case No. CR 18-0061 WHO