# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: June 4, 2019 | Time: 13 minutes<br>2:03 p.m. to 2:16 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 19-cv-01056-WHO | Case Name: Bridgeview Owners Association v. Great American Insurance Company | |

**Attorney for Plaintiff:** Marc J. Derewetzky
**Attorneys for Defendants:** Yevgenia Altman Wiener, Alexander Eugene Potente, and Chad Westfall

**Deputy Clerk:** Jean Davis          **Court Reporter:** FTR Recording

## PROCEEDINGS

Case management conference conducted. The parties' suggested schedule is adopted with the modifications noted below. The Court directs that counsel agree upon a mediator (private or panel), set a date for mediation, and provide the Court a notice setting out the mediator and date of mediation within one month. The mediation should be completed by November 1, 2019

The Court queries counsel about the pending motion for summary judgment, its likelihood of resolving the case, and whether counsel are aware that the Court's standing orders provide for only one filing of motions for summary judgment. Defendants indicate an interest in filing cross-motions. The parties are directed to meet and confer immediately after the conference to coordinate a briefing schedule and to discuss whether any discovery is necessary prior to filing the motions. Within 10 days counsel should submit a stipulation of the intended schedule. If unable to come to agreement, counsel may submit a joint 5-page letter brief with competing schedules instead of the stipulation.

**PRETRIAL SCHEDULE:**

| | |
|---|---|
| **Deadline to amend/add parties:** | July 15, 2019 |
| **Fact discovery cutoff:** | January 31, 2020 |
| **Expert disclosure:** | March 16, 2020 |
| **Expert rebuttal:** | April 15, 2020 |
| **Expert discovery cutoff:** | May 1, 2020 |
| **Dispositive Motions heard by:** | June 3, 2020 |
| **Pretrial Conference:** | August 10, 2020 at 2:00 p.m. |
| **Trial:** | August 31, 2020 at 8:30 a.m. by Jury |